**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 309 WAL 2017

          Respondent   :

                      :   Petition for Allowance of Appeal from
                      :   the Order of the Superior Court

          v.   :

JAMES MILLER,   :

          Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.